IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER J. ACCORSINI,

    Plaintiff,

vs.                                 CASE NO.: 4:09-cv-221-SPM/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 20). The Parties have been furnished copies and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 20) is *adopted* and incorporated by reference in this order.

2. The Commissioner's decision to deny Plaintiff's application for Social Security benefits is *reversed* and the case is *remanded* for additional proceedings in accordance with the Report and Recommendation.

DONE AND ORDERED this twenty-second day of April, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge